No. 485. ROBINSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 490. UNITED STATES *v.* SCHMIDT PRITCHARD & Co. ET AL. United States Court of Customs and Patent Appeals. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States. *J. Bradley Colburn* for respondents.

No. 504. LaLANCETTE *v.* GOLOSKIE ET AL. Supreme Court of Rhode Island. Certiorari denied. *Francis D. Fox* for petitioner.

No. 494. TURPIN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *William B. Bryant, Joseph C. Waddy* and *William C. Gardner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 365, Misc. CUNNINGHAM *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.